

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO.  06-00324-DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | MOTION TO DISMISS |
| SONG SUSHUMNA LANDIS, | ) | AND           ORDER |
| Defendant. | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against SONG SUSHUMNA LANDIS.

DATED: March 2, 2010              BENJAMIN B. WAGNER
                                  Acting United States Attorney
                                  /s/ Michelle Rodriguez
                                  By_____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 06-00324-DAD against defendant SONG SUSHUMNA LANDIS is GRANTED.

DATED: 3-2-2010                   _____
                                  HON. EDMUND F. BRENNAN
                                  U.S. Magistrate Court Judge